# Exhibit 1

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| VA0002379895, VA0002384828, VA0002381112, VA0002382152, VA0002379893, VA0002384843, VA0002384827, VA0002382270, VA0002414404, VA0002381109, VA0002381842, VA0002379899 | | |
| 1 | HeartColor | https://www.amazon.com/sp?ie=UTF8&seller=A2DTEBM699QMY8&asin=B0DP2GT8ZL&ref_=dp_merchant_link |
| 2 | Jinsine | https://www.amazon.com/sp?ie=UTF8&seller=A1NLB9NI4HAR2I&asin=B0D9BSY8GF&ref_=dp_merchant_link |
| 3 | Nichosa Eeddi | https://www.amazon.com/sp?ie=UTF8&seller=A2LWWULULSCSQG&asin=B0DHH1QX2H&ref_=dp_merchant_link |
| 4 | Lazapa | https://www.amazon.com/sp?ie=UTF8&seller=A13N6LUYJ36R0G&asin=B0CPJCVJ3M&ref_=dp_merchant_link |
| 5 | QPayOne | https://www.amazon.com/sp?ie=UTF8&seller=A2CG8UGX4S0VD5&asin=B0B9MMSSPS&ref_=dp_merchant_link |
| 6 | qichunxianyuanhengbaihuohang | https://www.amazon.com/sp?ie=UTF8&seller=A2ZGBZ2MYB35IN&asin=B0C816NVZM&ref_=dp_merchant_link |
| 7 | LiuLinXianXingA | https://www.amazon.com/sp?ie=UTF8&seller=A29AMARKC1B7DS&asin=B0B7B4856K&ref_=dp_merchant_link |
| 8 | qingguo-ec | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L3DB2ADW07PR&asin=B09JBK2VKK&ref_=dp_merchant_link |
| 9 | TeeDesign | https://www.amazon.com/sp?ie=UTF8&seller=A39E5VE9KT0QZD&asin=B0CGW1TXNM&ref_=dp_merchant_link |
| 10 | Glozeplus | https://www.amazon.com/sp?ie=UTF8&seller=A2GLF86WHN3Y80&asin=B0BV6KQ2G9&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 11 | Shihongw | https://www.amazon.com/sp?ie=UTF8&seller=A2AZFY7RG0IM33&asin=B0CRKNSF4Z&ref_=dp_merchant_link |
| 12 | Girls' Club | https://www.amazon.com/sp?ie=UTF8&seller=A253CNHTS0PHQM&asin=B0CPLZGWP1&ref_=dp_merchant_link |
| 13 | Kinple Store | https://www.amazon.com/sp?ie=UTF8&seller=A269WBLKHQAAJF&asin=B0B63C55X6&ref_=dp_merchant_link |

1

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 14 | rwetreywertrI | https://www.amazon.com/sp?ie=UTF8&seller=A27AHAUWF7ZUYV&asin=B09T386SDS&ref_=dp_merchant_link |
| 15 | lightning deals of today prime Raohui | https://www.amazon.com/sp?ie=UTF8&seller=AOPRARFFIIX8L&asin=B0B2VSC24K&ref_=dp_merchant_link |
| 16 | Generic-store | https://www.amazon.com/sp?ie=UTF8&seller=A2BO95VTBINQCN&asin=B0CL5SR855&ref_=dp_merchant_link |
| 17 | AFAVOM | https://www.amazon.com/sp?ie=UTF8&seller=A1SS7WKJO2LLP0&asin=B0CNWZKQ9K&ref_=dp_merchant_link |
| 18 | shaoqingg | https://www.amazon.com/sp?ie=UTF8&seller=A2HTBVBJIM20DD&asin=B0BLSJCHNQ&ref_=dp_merchant_link |
| 19 | RMTUYIR | https://www.amazon.com/sp?ie=UTF8&seller=AUYJ1TK6C5FMP&asin=B0CLNXW4DR&ref_=dp_merchant_link |
| 20 | VREWARE | https://www.amazon.com/sp?ie=UTF8&seller=A1NPZSU1MB0DL9&asin=B0CLY7PFCT&ref_=dp_merchant_link |
| 21 | XHPAILOBAO | https://www.amazon.com/sp?ie=UTF8&seller=A3EPCMEI1OGV16&asin=B0CNX47H5F&ref_=dp_merchant_link |
| 22 | Leesongay | https://www.amazon.com/sp?ie=UTF8&seller=A2HIG3N8L9FVJS&asin=B0D1KKVGQM&ref_=dp_merchant_link |
| 23 | QINHONGCHUAN | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AKV9FVC25USDG&asin=B09Y8LWLSW&ref_=dp_merchant_link |
| 24 | Pink Queens Choice | https://www.amazon.com/sp?ie=UTF8&seller=A3UOJAM8WX63PG&asin=B0CWVLZRD6&ref_=dp_merchant_link |
| 25 | TIAN-yingA | https://www.amazon.com/sp?ie=UTF8&seller=A1UJJ3ANI5PZTF&asin=B0CXWZF9GC&ref_=dp_merchant_link |
| 26 | PINANSILA | https://www.amazon.com/sp?ie=UTF8&seller=A36TA4JIFC9PO9&asin=B0DK9NCTXT&ref_=dp_merchant_link |
| 27 | ZBYY（Prime Days Big Promotion ） | https://www.amazon.com/sp?ie=UTF8&seller=A2S6DE86IS543N&asin=B0CKPJTX5Z&ref_=dp_merchant_link |