# Exhibit 2

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| VA0002379895 | | |
| 1 | Glozeplus | https://www.amazon.com/sp?ie=UTF8&seller=A2GLF86WHN3Y80&asin=B0BV6KQ2G9&ref_=dp_merchant_link&isAmazonFulfilled=1 |

1