# EXHIBIT 3

Hong Kong Leyuzhen Technology Co. Limited v. The Individuals Corporations Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A
**Infringement Evidence**

| No. | Seller's Name | Copyrighted Photo | Infringer's Photo |
|---|---|---|---|
| | | **VA0002379895** | |
| 1 | **Glozeplus** | VA0002379895 | |
| **3 Infringing Links: Published 7/31/2021 by Rotita 5/12/2022 by Defendant** https://www.amazon.com/Bodycon-Dresses-Pencil-Sleeve-Fashion/dp/B0BV6KQ2G9?th=1&psc=1 https://www.amazon.com/Bodycon-Dresses-Pencil-Sleeve-Fashion/dp/B0BV6GJ92S?th=1&psc=1 https://www.amazon.com/Bodycon-Dresses-Pencil-Sleeve-Fashion/dp/B0BV6KNWX2?th=1&psc=1 | | | |

1