# NOTICE OF APPEARANCE (PRO SE)

Case No.: 1:25-cv-23649

FILED BY ⟨⟩ D.C.

MAR 1 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I, WenJing Lin, am the owner and operator of the Amazon store Glozeplus, and I am a Defendant in this case.

I hereby appear pro se (self-represented) and will respond to all court filings, orders, and discovery in a timely manner.

Respectfully submitted,

WenJing Lin

Cross-border E-commerce Ecosphere, No. 18 Xiangbin Street

Bincheng Community, Donghai Street, Fengze District

Quanzhou, 362000

Fujian, CN

Email: glozeplus@163.com

Tel: +86 13067085690


Date: March 6, 2026





Keep clear for TNT routing

RECYCLABLE