**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:25-cv-23649-EA**

HONG KONG LEYUZHEN
TECHNOLOGY CO. LIMITED,

     Plaintiff,

v.

THE INDIVIDUAL CORPORATIONS
LIMITED LIABILITY COMPANIES PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,

     Defendant.

_____/

## ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

This cause is before the Court on the plaintiff's Motion for Preliminary Injunction (the "Motion") [ECF No. 34] and Magistrate Judge Lisette M. Reid's Report and Recommendation on the Motion (the "Report") [ECF No. 44]. Having reviewed the Record, the Motion [ECF No. 34], the Report [ECF No. 44], the plaintiff's brief and affidavits regarding service of process [ECF Nos. 49 and 53], having noted the defendant's notice of appearance [ECF No. 52], the Court hereby **GRANTS** the Motion [ECF No. 34].

Therefore, it is **ORDERED AND ADJUDGED**:

1.    Defendant, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a.  using or displaying the Rotita Copyright, in any medium, whether it be print, digital or otherwise, in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

Rotita product or is not authorized by Plaintiff to be sold in connection with the Rotita Copyright;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Rotita products or any other product produced by Plaintiff through the use or display of the Rotita Copyright;

c.  committing any acts calculated to cause consumers to believe that the Defendant's products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale through the use or display of the Rotita Copyright.

e.  Transferring or disposing of any money or other assets in any of Defendant's financial accounts Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order.

2.  Upon Plaintiff's request, Defendant and any third party with actual notice of this Order who is providing services for the Defendant, or in connection with any of Defendant's Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven

(7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendant's operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendant's financial accounts, including Defendant's sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendant, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.    Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice,

disable and cease displaying any advertisements used by or associated with Defendant in connection with the sale of counterfeit and infringing goods using Plaintiff's Copyright.

4.     Any Third-Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendant's seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A of the First Amended Complaint [ECF Nos. 8 and 22], any e-mail addresses provided for Defendant by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of the Defendant's assets until further ordered by this Court.

5.     Defendant may move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Southern District of Florida Local Rules. Any third party impacted by this Order may move for appropriate relief.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of March 2026.

_Ed Artau_

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
**William Robert Brees**
Bayramoglu Law Offices LLC
1540 West Warm Springs Road
Suite 100
Henderson, NV 89014
702-462-5973
Email: william@bayramoglu-legal.com

**Glozeplus**
c/o WenJing Lin
Cross-border E-commerce Ecosphere, No. 18 Xiangbin Street
Bincheng Community, Donghai Street, Fengze District
Quanzhou 362000
Fujian, CN
PRO SE