**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-23649-ARTAU/REID**

HONG KONG LEYUZHEN TECHNOLOGY
CO. LIMITED,

         Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN SCHEDULE
"A" HERETO,

         Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

Before the Court is Plaintiff Hong Kong Leyuzhen Technology Co. Limited's motion for entry of clerk's default pursuant to Federal Rule of Civil Procedure 55(a) (the "Motion") against Defendant Glozeplus as shown on Schedule "A" to the First Amended Complaint, which has not filed an answer or otherwise responsive pleading

Finding good cause, the Court hereby **GRANTS** Plaintiff's Motion and directs the Clerk to enter default against the Defendant.

**IT IS SO ORDERED.**

DATED: _____

                                   HONORABLE ED ARTAU
                                   UNITED STATES DISTRICT COURT JUDGE